UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

ROBIN LEWIS                                :

                                           :
                    Plaintiff(s)                **JUDGMENT**
              (vs)                         :
                                                Civil #09-00268 (RBK)
BAYSIDE STATE PRISON, ET AL.               :

                                           :
                    Defendant(s)

------------------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court

having found on December 11, 2009 and no timely objection having been filed,

IT IS, on this  ‖ ᵗʰ day of March,  2010

ORDERED that the report of Hon. John W. Bissell dated December 11, 2009

is hereby affirmed and Judgment of No Cause For Action  be entered in favor of **defendants**

**Bayside State Prison, et al.** and against **plaintiff Robin Lewis**.


                              _____
                              HON. ROBERT B. KUGLER, U.S.D.J.